UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| RUSSELL COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00043-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#24) entered on November 27, 2007, in which the Magistrate Judge recommends that the Defendants' Motion to Dismiss (#17) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#24); therefore, Defendants' Motion to Dismiss (#17) is GRANTED.

IT IS SO ORDERED.

DATED this 13th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE